UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY JONES individually and as personal representative of the ESTATE OF HUGH LEE JONES JR. | CIVIL ACTION<br><br>NO. 20-01993 |
| VERSUS | SECTION "J"(2) |
| BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY | JUDGE BARBIER |
| Related to:   12-968 BELO<br>             in MDL 2179 | MAG. JUDGE CURRAULT |

## ORDER

Before the Court are Plaintiff's objections (Rec. Doc. 21) to the Magistrate Judge's Report and Recommendation (Rec. Doc. 19), which recommends dismissing Plaintiff's BELO complaint as untimely. The BP defendants responded to Plaintiff's objections. (Rec. Doc. 24). The Court has considered this matter *de novo*. *See* Fed. R. Civ. P. 72(b)(3).

Plaintiff's lawsuit presents the same issues that were recently considered in three other BELO cases. (*See Armour*, No. 20-1783; *DuMoulin*, No. 20-1785; *Moore*, No. 20-1787). There, the Court adopted the Magistrate Judge's recommendation and dismissed the cases as untimely. The Court does so again here. However, two points deserve special mention.

First, Plaintiff's memorandum is 34 pages long, 9 pages over the limit contained in Local Rule 7.7. (*See* Rec. Doc. 21). Plaintiff neither requested nor

received permission to exceed the page limit. Consequently, the Court will strike the extra pages and has not considered them.

Second, the Court highlights the fact that Plaintiff's counsel admitted during oral argument before the Magistrate Judge that he knew of the notice of BP's election not to mediate by June of 2019, but he did not file the BELO complaint until a year later. (*See* Transcript at 27:6-14, Rec. Doc. 23). Thus, even assuming for the sake of argument that the six-month deadline for filing a BELO complaint (*see* Medical Settlement § VIII.G.1.b) runs from the day the Plaintiff has actual notice, as Plaintiff contends, the complaint is still untimely.

Accordingly,

IT IS ORDERED that pages 26-34 of Plaintiff's objections (Rec. Doc. 21) are STRUCK.

IT IS FURTHER ORDERED that the Court accepts the Magistrate Judge's Report and Recommendation (Rec. Doc. 19) and adopts it as its own; accordingly,

IT IS FURTHER ORDERED that BP's Motion to Dismiss (Rec. Doc. 6) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 4th day of November, 2020.

_____
United States District Judge